■ LYLE F. STEVENSON, JR., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 95641.) [678 NYS2d 762] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, McNamara, J. (Appeal from Order of Court of Claims, McNamara, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

■ HAROLD HOMMEL et al., Appellants, v GARELICK MANU-FACTURING Co., Respondent. [678 NYS2d 191] —Judgment unanimously affirmed without costs. Memorandum: After Supreme Court directed a verdict in plaintiffs' favor on the issue of liability at the trial of this products liability action, the jury returned a verdict awarding plaintiffs no damages. The court properly denied plaintiffs' motion to set aside the verdict as contrary to the weight of the evidence (*see*, CPLR 4404 [a]). There is a fair interpretation of the evidence that plaintiffs did not sustain an identifiable compensable injury or any economic loss (*see generally, Nicastro v Park*, 113 AD2d 129, 134-135). (Appeal from Judgment of Supreme Court, Onondaga County, Buckley, J.—Negligence.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.